IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTIAN DEJESUS,                )
                                  )
        Petitioner,               )
                                  )
v.                                )    Civil Action No. 06-553-JJF
                                  )
THOMAS CARROLL,                   )
Warden, and CARL C.               )
DANBERG, Attorney                 )
General of the State of           )
Delaware,                         )
                                  )
        Respondents.              )



**AEDPA ELECTION FORM**

1.  ✓      I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3.  _____  I wish to withdraw my § 2254 petition

            without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Cristian D. Jesus S.*     9-25-06
Petitioner

I/M Cristian DeJesus
SBI# 501798 UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 SEP 2006 PM 2 L

Office of the clerk
U.S. District court 844
N. King st. Lockbox U.S.M.S.
wilmington. DE.    X-RAY
19801-3570

Legal mail