D.I. #_____

# CIVIL ACTION NUMBER: 06cv553JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.45 |

06-553 JJF

Postmark Here

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7005 1820 0004 3169 6879

PS Form 3800, June 2002      See Reverse for Instructions