# United States District Court
## For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06-553 JJf_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD.
   SMYRNA, DE 19977

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Beatrice on..._    10/25/06

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*    7005 1820 0004 3169 6855

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



FILED

OCT 2 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE