OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 6, 2006

Christian DeJesus
SBI# 501798
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

SUBJECT:   **Missing Page from Memorandum Brief (D.I.# 2)**

RE: **C.A.# 06-553 JJF**

Dear Mr. DeJesus:

It has come to our attention that page three is missing from the Memorandum Brief in Support of the Petition for Writ of Habeas Corpus filed on 9/6/06 with our court. Please submit the missing page with the court by November 20, 2006.

If you have any questions, please feel free to contact us at (302) 573-6170.

Sincerely,

/s/ Peter T. Dalleo
Peter T. Dalleo
Clerk of Court

eew
cc: Honorable Joseph J. Farnan, Jr.
    MLG