In The United States District Court For The District of Delaware

Christian Dejesus,

    Petitioner,

v.

Thomas Carroll, Warden And Carl C. Danberg, Attorney General of the State of Delaware,

    Respondents.

Civ. Act. No. 06-553-JJF



Motion For Extension of Time To File Answer To Respondents' Answering Brief

    Petitioner request an Extension of Time to File answer to respondents' answering brief upon receiving of Certified State Court Records as implicated in respondents' Motion for extension of time to file Certified State Court Records dated January 22, 2007.

Dated: 2-11-07

Petitioner,

Christian Dejesus, SBI#561798
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

This is to certify that I, Christian Dejesus, did cause to be served a true and correct copy of the within "Motion For An Extension of Time To File Answer To Respondents Answering Brief" on the following person(s) or agency on this 11 day of February 2007.

To: Attorney General Office, James T. Wakley, Esq.
Department of Justice
820 N. French Street
Wilmington, Delaware 19801

Dated: 2-11-07

Petitioner,

Christian Dejesus
Christian Dejesus, SBI 581798
1181 Paddock Road
Smyrna, Delaware 19977.

(2)

I/M Cristion De Jesus
SBI# 501796 UNIT U1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 FEB 2007 PM 2 L

Office of the clerk
United States District
Court 844N king st
lockbox 18 wilmington
DE 19801-3570

Legal mail