IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTIAN DEJESUS,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**THOMAS CARROLL**, Warden )<br>and **JOSEPH R. BIDEN III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents.[1] ) | Civ.Act.No. 06-553-JJF |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Christian DeJesus, has applied for federal habeas relief, alleging a variety of errors in his 2004 convictions. D.I. 2. The undersigned filed an answer to the petition on January 22, 2007.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before March 22, 2007.

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Attorney General Joseph R. Biden III, assumed office on January 2, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.

4.	This is respondents' SECOND request for an extension of time to file records.

5.	Respondents submit that an extension of time to March 22, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable.  Respondents submit herewith a proposed order.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: February 22, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                                    /s/ James T. Wakley
                                    Deputy Attorney General

                                    Counsel for Respondents

Date: February 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on February 22, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Christian Dejesus
SBI No. 501798
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                                /s/ James T. Wakley
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 4612
                                                james.wakley@state.de.us

Date:  February 22, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTIAN DEJESUS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-553-JJF |
| | ) |
| **THOMAS CARROLL**, Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before March 22, 2007

_____
United States District Judge