IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTIAN DEJESUS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-553-JJF |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0303004601

b. Defense Motion to Withdraw (September 15, 2003)

c. Order (September 15, 2003)

d. Defense Motion to Dismiss, filed *pro se* (March 5, 2004)

e. Order (May 11, 2004)

f. Letter (May 26, 2004)

g. Letter (June 7, 2004)

h. Letter (June 16, 2004)

i. Motion for Postconviction Relief and Appendix

j. Opinion (September 27, 2005)

k. Affidavit (213, 2004)

l. Appellant's Opening Grief and Appendix (213, 2004)

1

m. State's Response to Opening Brief (213, 2004)

n. January 10, 2005 Order (213, 2004)

o. Affidavit (499, 2005)

p. Appellant's Opening Brief and Appendix (499, 2005)

q. Appellee's Answering Brief and Appendix(499, 2005)

r. March 30, 2006 Order (499, 2005)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: March 22, 2007

CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on March 22, 2007, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Christian Dejesus
SBI No. 501798
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                                /s/ James T. Wakley
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 4612

DATE: March 22, 2007