IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTIAN DEJESUS,                :
                                  :
        Petitioner,               :
                                  :
v.                                :  Civil Action No. 06-553-JJF
                                  :
THOMAS CARROLL,                   :
Warden, and ATTORNEY              :
GENERAL OF THE STATE OF           :
DELAWARE,                         :
                                  :
        Respondents.              :

**O R D E R**

At Wilmington this 27 day of March, 2007;

IT IS ORDERED that:

Petitioner Christian Dejesus' Motion For Extension Of Time To File Reply To Respondents' Answer is **GRANTED**. (D.I. 17.) Petitioner shall file his Reply within 30 days of the Respondents' filing of the State records.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE