IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTIAN DEJESUS,  :
　　　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　: Civ. Act. No. 06-553-JJF
　　　　　　　　　　　　　　　　　　　　:
THOMAS CARROLL, Warden, and　　　　　　:
ATTORNEY GENERAL OF THE STATE　　　　　:
OF DELAWARE,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Respondents.　　　　　　　　　:

### O R D E R

At Wilmington, this 12 day of December, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Christian DeJesus' Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

　　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE